# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2017

153531 & (121)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID BENJAMIN DUNN,
      Defendant-Appellant.

SC: 153531
COA: 320227
Wayne CC: 12-008886-FH

_____/

      On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the February 23, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The denial is without prejudice to the defendant's right to file a motion for relief from judgment pursuant to MCR Subchapter 6.500 that may include the issue whether the prosecution presented sufficient evidence to support the charge of conspiracy to commit perjury. MCL 750.157a and MCL 750.422.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2017



Clerk

a0516